395 A.2d 970

Commonwealth v. Lesher (et al., Appellant).

Argued September 13, 1978. George A. Heitczman, for appellant; John E. Gallagher, District Attorney, submitted a brief for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

OPINION PER CURIAM: The order of the lower court is reversed and the firearm is controversy is ordered to be returned to appellant, Constance Lesher.